# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 24, 2007**

Charles R. Fulbruge III
Clerk

No. 06-41651
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

HECTOR SOTO

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:03-CR-341-8

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Having pleaded guilty, Hector Soto contests his 120-month sentence for harboring more than 100 illegal aliens for private financial gain, in violation of 8 U.S.C. § 1324. Soto contends for the first time on appeal that the district court erred by increasing his sentence based on hearsay and unsworn statements in violation of his Sixth Amendment right to confront witnesses, as set forth in Crawford v. Washington, 541 U.S. 36 (2004).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review is only for plain error.  There was no error because the Confrontation Clause does not apply at sentencing.  United States v. Mitchell, 484 F.3d 762, 776 (5th Cir. 2007); United States v. Beydoun, 469 F.3d 102, 108 (5th Cir. 2006).  Restated, Soto's Crawford claim is foreclosed.

AFFIRMED.